# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Teena O. Baldwin, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-3163-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On Wednesday, March 27, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed September 17, 2012, [Doc. 13] and the *Brief For Defendant*, filed November 1, 2012, [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the March 27, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                  */s/ John T. Maughmer*
                                      **JOHN T. MAUGHMER**
                                      **U. S. MAGISTRATE JUDGE**